UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

~~Daniel~~ Daniel Castro _____

_____

_____

_____

_____

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing.   If you do not know
a name, write "John Doe" or "Jane Doe."   Include the defendant's rank or title if you know
it.]

Francesco Lupi, M.D.
being sued in his
individual and
official capacity

_____

SCANNED at MWG
and Emailed
1/27/22 by H 71 pages
date    initials   No.

Complete every section and SIGN THE LAST PAGE.

Revised 4/13/18

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim.   There are two possibilities.   Check one.

I can bring my complaint in federal court because I am suing:

1.  _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.  _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages.   Provide items a, b, and c for each plaintiff.

1.  First Plaintiff
    a.  Full Name:  Daniel Castro

    b.  Inmate Number:  82659

    c.  Correctional facility:  Macdougall Correctional Institution

2.  Second Plaintiff
    a.  Full Name:

    b.  Inmate Number:

    c.  Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages.   Provide items a, b, and c for each defendant.

1.  First Defendant
    a.  Full Name:  Francesco Lupi

*Revised 4/13/18*

   b. Rank or Title:   *Medical Doctor*

   c. Workplace:   *Macdougall Correctional Institution*

  2. Second Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

  3. Third Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

  4. Fourth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

  5. Fifth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

  6. Sixth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

## D. REASON FOR COMPLAINT

WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your
*Revised 4/13/18*

3

case dismissed as frivolous or for failure to state a good legal claim.   If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis.   To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing.   If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago:   If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved:   You can generally only sue defendants who were directly involved in harming you.   In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages:   You generally cannot sue the following people and entities for money damages:   the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process).   If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first.   If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison.   If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.   See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case.   The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.   Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint.   If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every
*Revised 4/13/18*

violation of state law or prison regulations amounts to a violation of federal law).   What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases.   However, it is important to be specific about dates, times, and the names of the people involved.   It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift.   If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse.   Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case
1.   Please refer to written complaint.

2.

3.

*Revised 4/13/18*

5

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

E.    REQUEST FOR RELIEF

Tell the court what kind of relief you want.   Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.   For any of these, you must request a Writ of Habeas Corpus.

*Revised 4/13/18*

6

F.    DO YOU WISH TO HAVE A JURY TRIAL?   YES ___✓___ NO_____

G.    DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.   See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at _____ on _____
                          (Location)                                      (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.   **The complaint cannot be filed without a signature from each plaintiff.**

H.    FINAL INSTRUCTIONS

WARNING: Your complaint will not be filed unless you complete each of these steps:

    1.    Answer all questions on the complaint form.

    2.    Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 4/13/18*

7

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Daniel Castro,
Plaintiff, Pro se,

v.

Dr. Francesco Lupis,
sued in his Individual
and Official Capacity

Complaint
Civil Action No.

__JURY TRIAL DEMANDED__

# I. COMPLAINT FOR DAMAGES

1.      This is a civil rights action filed by, Daniel
Castro, a state prisoner, for damages and relief
under 42 U.S.C, section 1983, alleging that the
Defendant was deliberately indifferent to his
hemorrhoid condition. Defendant denied and
delayed him adequate medical care in violation
of the Eighth Amendment of the United States

Constitution. Plaintiff has been denied and delayed effective medical care and treatment. He seeks monetary damages and declaratory relief.

## II. JURISDICTION

2.    The Court has jurisdiction over plaintiff's claims of violation of Federal Constitutional rights under 42 U.S.C., sections 1331(1) and 1343.

3.    Plaintiff, Daniel Castro, is and was at all times mentioned herein, a prisoner of the Connecticut Department of Corrections.

4.    Defendant, Francesco Lupis, M.D., is a medical doctor at the Macdougall Correctional Institution. He is legally responsible for the provisions of medical care.

5.    Defendant has acted, and continues to act under color of state law at all times relevant to this complaint.

# III. FACTS

6.  On, January 12, 2021, Plaintiff underwent a colonoscopy procedure. see ex. 1

7.  On, March 19, 2021, at 10:24 am, Plaintiff was seen by the Defendant for Chronic Follow Up care. Plaintiff explained that he was experiencing pain in his rectum. Defendant verbally stated that "he would take care of it." At 1:58 pm, Plaintiff was seen by RN, Sengchanh Vilayvong and he expressed his concerns for the pain that he was experiencing, to no avail. see ex. 2

8.  Defendant did not investigate Plaintiff's condition, nor did he prescribe or administer any medication for pain

9.  During the period of April and May, Plaintiff signed up for Prompt care ( sick call) and was never called

10.  On, July 19, 2021, Plaintiff was seen by the Defendant for Chronic Follow Up Care. Plaintiff once again explained to the Defendant that he was

experiencing the same issue (pain in the rectum) and that it was very painful. The pain was affecting his sleep and daily activities. Defendant prescribed Colace and Miralax. see ex. 3

11.    Defendant did not physically investigate Plaintiff's condition, nor did he prescribe or administer medication for pain.

12.    On, July 29, 2021, Plaintiff submitted a request to medical, addressed to Defendant, stating that he was diagnosed with having hemorrhoids, due to a nurse, who was administering nightly medication within the unit stated that his symptoms sounded like hemorrhoids and that he should write a request to his provider. Request stated that he should purchase pain medication from commissary. see ex. 4

13.    Plaintiff was never called or seen by medical

14.    On, August 2, 2021, Plaintiff seen Defendant

4

in the hallway of general population and asked him; "why he did not call him because the pain was becoming to intense to bear".

15.    Defendant did not respond.

16.    On, August 11, 2021, Plaintiff was being seen by the dentist when Defendant stuck his head in to greet the staff, which Plaintiff called out to Defendant informing him that he was not having problems with constipation, he was experiencing pain in his rectum and the pain was excruciating. Plaintiff had his medical record in his pocket, trying to show Defendant.

17.    Defendants response was; "Don't worry about it, he would call Plaintiff within the week. To no avail. Plaintiff was never called.

18.    On, August 16, 2021, Plaintiff was seen by RN, Febe Eze, who physically examined Plaintiff and confirmed that he had hemorrhoids. Plaintiff explained that he was in a lot of pain. RN Febe Eze informed Plaintiff that he would be put in

the computer to be seen by Defendant on the next day. see ex. 5

19.   Plaintiff was never called and did not receive any medication for pain

20.   On, August 17, 2021, Plaintiff informed unit officer Donnelly that he was experiencing extreme pain in his rectum, which was preventing him from sitting and walking normally and that he needed medical attention. Unit officer Donnelly called medical 4 or 5 times in the presence of plaintiff, no one answered, nor did anyone call back. At this time Plaintiff submitted a request to Deputy Warden Doran. see ex. 6

21.   On, August 18, 2021, Plaintiff was seen by Defendant. Plaintiff explained that he was unable to sit or walk properly due to the pain in his rectum was unbearable. Plaintiff demanded that Defendant physically examine him due to the pain was very excruciating. Defendant agreed and after examining Plaintiff, Defendant arranged for plaintiff to go to UCONN for further

6

examination. see ex. 7

22.    On, August 24, 2021, Plaintiff was transported to UCONN to be examined by a specialist, where he was informed that he had hemorrhoids and needed surgery to have them removed. At this point, Plaintiff signed an authorization form for medical/surgical procedure. see ex. 8

23.    On, September 15, 2021, Plaintiff submitted a request to Defendant stating that he still has terrible pain that does not go away and inquired why the medical procedure was taking so long. Defendant was informed to sign up for Promptcare (sick call). see ex. 9

24.    On, September 16, 2021, Plaintiff saw Defendant in the general population hallway and tried to inform him that he was still experiencing pain. Defendant ignored the Plaintiff

25.    On, September 20, 2021, Plaintiff submitted a request to Defendant stating that he spoke

to him verbally on September 16, 2021 and was trying to tell him that he was still experiencing extreme pain and the medication was not working. see ex. 10

26. On, October 7, 2021, Plaintiff submitted a grievance. see ex. 11

27. The response to the grievance was uncalled for.

28. On, October 31, 2021, Plaintiff submitted a request to medical complaining of pain and due to he just found out when he was suppose to go for surgery and that his surgery was rescheduled. see ex. 12

29. On, November 3, 2021, Plaintiff submitted a request to medical, addressed to Christine to inquire why his surgery was rescheduled. see ex. 13

30. On, November 11, 2021, Plaintiff submitted a request to Defendant stating that he was in

a lot of pain and the Ibuprofen 600 mg was causing him to experience other pains. see ex. 14

31.   On, November 19, 2021, Plaintiff underwent a surgical procedure to remove hemorrhoids. Records show that Plaintiff has been experiencing chronic anal pain since January, 2021. see ex. 15

32.   Upon information and belief, Defendant acted with deliberate indifference and delayed much needed medical treatment.

33.   Upon information and belief, Defendant with deliberate indifference failed to demonstrate the standard of medical care and professionalism that a reasonable physician would have exercised.

34.   Upon information and belief, Defendant with deliberate indifference failed to physically investigate Plaintiff's condition and provide adequate and effective medical treatment in a timely manner.

# V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

35. Plaintiff has exhausted his Administrative remedies with respect to all claims.

## CLAIMS OF RELIEF

36 The failure of Defendant, Francesco Lupis, to take steps to ensure plaintiff received adequate and effective medical care in a timely manner, despite his knowledge of Plaintiff's serious medical need, constituted deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment of the United States Constitution.

37. Defendant with deliberate indifference and the treatment of the Plaintiff, not as a patient, but as a nuisance constituted deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment of the United States Constitution.

38 Defendant with deliberate indifference, ignored Plaintiff's complaint of adverse medication

reaction constituted deliberate indifference in violation of the Eighth Amendment of the United States Constitution.

39.  The deliberate indifference to medical needs violated Plaintiff's, Daniel Castro, rights and constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution.

40.  As a result of Defendant's, Francesco Lupi, failure to physically examine and provide effectively needed medical treatment, Plaintiff was subjected to prolonged, manifested and agonizing pain constituting deliberate indifference to Plaintiff's serious medical need in violation of the Eighth Amendment of the United States Constitution.

41.  Defendant acted outside the scope of his duties, nonetheless, acted willfully, deliberately, knowingly and with specific intent to cause Plaintiff unnecessary pain and suffering and actual injury in the unnecessary and

prolonged delay in providing adequate medical care and treatment.

42.    Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been injured physically and emotionally due to the conduct of Defendant.

## PRAYER OF RELIEF

WHEREFORE, plaintiff requests that the Court grant the following relief:

A. Issue a declaratory judgment stating that:

1. The acts and omissions described herein violated Plaintiff's rights under the Eighth Amendment of the United States Constitution and constituted cruel and unusual punishment.

2. Defendant, Francesco Lupi, actions

12

in failing to provide effective medical care in a timely manner to plaintiff violated Plaintiff's rights under the Eighth Amendment of the United States Constitution.

B. Award compensatory damages in the following amount:

    1. $50,000 severally against Defendant, Francesco Lupi for physical and emotional injury resulting from his failure to provide adequate medical care to plaintiff

C. Award punitive damages in the following amount:

    1. $15,000 against Defendant, Francesco Lupi

D. A trial on all issues triable by jury.

E. Plaintiff's cost in the suit.

F. Grant additional relief this Court deems just, proper and equitable.

Dated  1-18-2022

Respectfully Submitted
By: Daniel Castro
Daniel Castro #82659
Macdougall C.I.
1155 East St. South
Suffield, CT 06080

14

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged are true, except on information and belief, and to those I believe to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at the Macdougall Correctional Institution, in Suffield, Connecticut on:

1-18-2022

Daniel Castro
Plaintiff, Pro Se

15

# EXHIBIT 2

# UCONN
# HEALTH

### Discharge Instructions For Colonoscopy

| | |
|---|---|
| **Patient:** | Daniel Castro |
| **Date of Birth:** | 5/18/1954 |
| **MRN:** | T00048001 |
| **Patient Number:** | 229334009 |
| **Procedure Type:** | Colonoscopy |
| **Procedure Date:** | Tuesday, January 12, 2021 |
| **Attending MD:** | Haleh Vaziri, MD |
| **Referring MD:** | Byron Kennedy |

1. YOU CAN NOT DRIVE, operate dangerous machinery, or play sports for the remainder of the day. You should not make important decisions the rest of the day. You may resume other normal activities, but it is a good idea to rest at home until tomorrow. You should not drink alcohol for 24 hrs.
2. You may resume your usual diet. It is good idea to eat smaller meals and sip small amounts of liquids more frequently until tomorrow.
3. You may resume your regular medication unless otherwise specified by your physician.
4. It is normal to feel distended or bloated, have mild gas pains, have a scratchy feeling in the throat, or feel sleepy. Try taking a walk around the house to help relieve the bloated feeling. It is normal to belch or pass gas more often than is normal for you.

If you experience any of the symptoms listed below or have problems please contact the Endoscopy Center at (860) 679-7595 from 7:30 AM - 3:30 PM. After hours or weekends contact UCONN Health operator (860) 679-2626 and have the GI doctor on call paged. A physician is always available. In an emergency, call 911.

- Abdominal pain or discomfort that gets worse or continues for more than a few hours.
- Vomiting of red material or anything that looks like coffee grounds.
- Black, tarry, or red bowel movements or passing blood clots from the rectum.
- Fevers and/or chills.
- A sore throat or trouble swallowing that does not improve in 4 - 6 hours if you have had an endoscopy.

**Summary:**
- Patent end-to-side ileo-colonic anastomosis.
- Non-bleeding hemorrhoids.
- No specimens collected.

**Recommendations:**
- Written discharge instructions were provided to the patient.
- The signs and symptoms of potential delayed complications were discussed with the patient.

UConn Health 263 Farmington Ave Farmington, CT 06030 Tel: 860 679-3238  Fax: 860 679-7260

8

**DR. LUPIS**
**860-627-2123**
**Francesco.Lupis@ct.gov**

**Connecticut Department of Correction**
Generated on 1/7/2021 11:37:38 AM

| INMATE NUMBER | | DATE OF BIRTH | |
|---|---|---|---|
| 00082659 | | 5/18/1954 | |
| INMATE NAME (LAST,FIRST,INITIAL) | | | |
| CASTRO,DANIEL | | | |
| SEX | RACE/ETHNIC | FACILITY | |
| M | HISPANIC | MCDGL/WLKR CI | |

| Specialty | Procedure | Treating Facility | TOO# |
|---|---|---|---|
| Gastroenterology | Procedure - Colonoscopy | UCHC OPD - Requires NPO Status, | T00048001 |
| Diagnosis | | | Appt Date |
| Cancer - Colon | | | 1/12/2021 12:00:00 PM |

**Summary for consultant:**
65-year-old male with a history of compensated HCV cirrhosis, Barrett's and a recent diagnosis of ascending colon cancer with laparoscopic right colectomy, hemicolectomy on 4/19/19. Inmate F/u with general surgery on 5/15/19 with the following request for colonoscopy in April 2020

Allergies: (circle) NKA  Yes (List)_____    Diabetes:(circle)  Yes    No

Consultant's Brief Summary of Findings/Recommendations:

See attached report

INMATE COPY

Recommendations:

> DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY UR.
> Laboratory testing is available in the Correctional facilities

Suggested Follow-up*: Check One Only   ☐ With Facility Staff        ☐ In ~____ weeks        ☐ In ~____ months

*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

_____         Vaziri                    _____    _____
Signature                       PRINT Name                Beeper or Phone            Date

Attending Signature: _____

# EXHIBIT

## 2

**MacDougall Building**
Chronic Care

*October 26, 2021*
Page 1

**DANIEL CASTRO  INMATE ID #: 00082659  67 Years Old**
**DOB: 05/18/1954 Race: Unspecified  Gender: Male**
**LOC: 137 J -10  Med Score: 2 Sub Score: L....  MH Score: 1 Sub Score: ....**

**03/19/2021 - Chronic Care: Chronic Care - Follow-Up**
**Provider: Francesco Lupis MD**
**Location of Care: MacDougall Building**

<u>Overview</u>
**Problems:**
Periodontal disease (ICD-523.9) (ICD10-K05.6)
Colonoscopy (ICD-V76.51) (ICD10-Z12.11)
Hypertension (ICD-401.9) (ICD10-I10)
Laparoscopic right colectomy (ICD-V45.72) (ICD10-Z90.49)
Colon cancer, ascending (ICD-153.6) (ICD10-C18.2)
Cirrhosis, Compensated (ICD-571.5) (ICD10-K74.60)
Barrett's esophagus (ICD-530.85) (ICD10-K22.70)
Tinea corporis (ICD-110.5) (ICD10-B35.4)
Hepatitis C (ICD-070.70) (ICD10-B19.20)

**Medications:** OMEPRAZOLE 20 MG ORAL TABLET DELAYED RELEASE DISINTEGRATING (1 tab BID)  Start: 03/19/2021  End: 09/17/2021
VITAMIN D3 25 MCG (1000 UT) ORAL TABLET (1 tab daily)  Start: 02/25/2021  End: 08/26/2021
VERAPAMIL HCL 80 MG ORAL TABLET (1 tab TID)  Start: 02/24/2021  End: 08/25/2021
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (1 tab daily)  Start: 01/04/2021  End: 07/05/2021
ATORVASTATIN 20MG TAB (1000.00) (1 Tab QHS)  Start: 01/04/2021  End: 07/05/2021
**Allergies:**
* TRAMADOL (Mild)

**Orders:**
TB Symptom Screening [TBSS]
Dental - Preventative [DPREV]
Bottom Bunk [BottomBunk]
CBC (INCLUDES DIFF/PLT) [6399]
COMPREHENSIVE METABOLIC PANEL [10231]
LIPID PANEL WITH REFLEX TO DIRECT LDL [14852]
TSH [899]
VITAMIN D,25-OH,TOTAL,IA [17306]
PSA, TOTAL [5363]
CC - Chronic Care General Referral [CC]



**Subjective:** *Interval History with details regarding duration, frequency, relating and worsening factors, etc.:* Patient states "I am having some heartburn. It still causes some pain and reflux. I am good with my stool. I had my last colonoscopy and that went well

**Review of Systems**
GENERAL SYSTEM: Denies Fevers, Chills, Sweats.
CARDIAC: Denies Chest Pains, Palpitations, Syncope, Dyspnea on Exertion.
PULMONARY: Denies Cough, Dyspnea, Excessive Sputum.
GASTROINTESTINAL: Complains of Nausea, Vomiting, Change in Bowel Habits, Abdominal Pain.

**MacDougall Building**
Chronic Care

*October 26, 2021*
Page 2

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB:  05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

MUSCULOSKELETAL: Denies Back Pain, Joint Pain, Joint Swelling.

**Specify Chronic Disease:**  colon cancer with cirrhosis

**Dx1** Hypertension (I10)

**Dx2** Colon cancer ascending (C18.2)

**Dx3** Barrett's esophagus (K22.70)

### *Special Needs Plan*
**Chronic Care Clinic Follow Up?:**  Yes
**Current Medications:** OMEPRAZOLE 20 MG ORAL TABLET DELAYED RELEASE DISINTEGRATING 1 tab BID, VITAMIN D3 25 MCG (1000 UT) ORAL TABLET 1 tab daily, VERAPAMIL HCL 80 MG ORAL TABLET 1 tab TID, LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET 1 tab daily, ATORVASTATIN 20MG TAB (1000.00) 1 Tab QHS.

### **Family Medical History**
**Heart Disease:** Yes

### **Current Vital Signs**
**Previous Height:** 65 (07/18/2019 9:39:27 AM)   **Previous Weight:** 180.9 (03/12/2021 6:19:22 PM)
**BMI:** 30.21

**Sitting BP:** 131 / 76mm Hg
**Temperature:** 97.9degrees
**Pulse rate:** 110
**Respirations:** 18
**Pulse Ox%** 98

**Allergies:**
* TRAMADOL (Mild)



## PHYSICAL EXAMINATION

### *General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### *Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

### *Neck*
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

**MacDougall Building**

*October 26, 2021*

Chronic Care

Page 3

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB:  05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

*Gastrointestinal*
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

*Musculoskeletal*
Full range of motion of all four extremities without obvious weakness.

**Chronic Care Assessment & Plan**
**Assessment Comments:** colon cancer
barretts esophagus

**Disposition:**  General Population

**Overall Plan Comments:** Patient is stable. I will restart his omeprazole and see him every 4 month

**Electronically signed by Francesco Lupis MD on 03/19/2021 at 10:24 AM**

INMATE COPY

**MacDougall Building**
Nurse Patient Encounter

*August 6, 2020*
Page 1

**DANIEL CASTRO   INMATE ID #: 00082659   66 Years Old**
**DOB: 05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -07   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

**03/09/2020 - Nurse Patient Encounter: Nurse Patient Encounter: renewal of meds, BBP, GI concerns**
**Provider: Sengchanh Vilayvong RN**
**Location of Care: MacDougall Building**

## Encounter Context
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 65 Years Old

## (S) Chief Complaint
**Encountered In:** Medical Unit
**Encounter Initiated by:** Inmate Request
**Active Problems:**
Laparoscopic right colectomy (ICD-V45.72) (ICD10-Z90.49)
Colon cancer, ascending (ICD-153.6) (ICD10-C18.2)
Cirrhosis, Compensated (ICD-571.5) (ICD10-K74.60)
Barrett's esophagus (ICD-530.85) (ICD10-K22.70)
Tinea corporis (ICD-110.5) (ICD10-B35.4)
Hepatitis C (ICD-070.70) (ICD10-B19.20)

**Inmate Request Complaint #1:** c/o abdominal pain
**Inmate Request Complaint #2:** constipation
**Inmate Request Complaint #3:** renewal of meds
**New/Additional Complaint:** None Reported
**New/Additional Complaint:** None Reported

## Current Vital Signs
**Previous Height:** 65 (07/18/2019 9:39:27 AM)   **Previous Weight:** 166 (09/09/2019 9:08:27 AM)
**BMI:** 27.72

## Allergies:
* TRAMADOL (Mild)

## Pain Assessment
**Are you currently experiencing any pain?** Yes

## Location #1
**Location of pain:** abdominal pain
   **Describe character of pain:** hurting
**Duration of pain:** Constant
 **Level of Pain:** 6    Severe Pain

## Integumentary
N/A

**MacDougall Building**
Nurse Patient Encounter

**DANIEL CASTRO   INMATE ID #: 00082659   66 Years Old**
**DOB: 05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -07   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

**Eyes**
**Sclera:** White

**ENT**
N/A

**Respiratory**
N/A

**Cardiopulmonary**
N/A

**Gastrointestinal/Abdominal**
**Appetite:** Fair
**Last BM (Date):** 03/08/2020

**Male Genitourinary**
**Urine Color:** dark orange

**Musculoskeletal**
N/A

**Orientation:**
**Alert:** Yes
**Oriented to Person:** Yes
**Oriented to Place:** Yes
**Oriented to Time:** Yes
**Syncope:** No
**Headache:** No

**Psychosocial**
**Maintains Eye Contact:** Yes
**Cooperative:** Yes
**Mood:** Euthymic
**Affect:** Within normal range

**Endocrine**
N/A

**Narrative Notes:** IM was seen for sick call as a f/u to his previous nurse encounter. IM states that he was inquiring about renwal of his pain meds. IM was  seen on 2/6/20 re: his abdominal pain. On assessment his pain was located around his umblicus and rated the pain level 6/10 (tolerable level) and on bad day his pain level is 8/10. IM states that he is looking for pain mgt. IM also reported that he feels like he has to apply more pressure to have a bowel movement. IM does report that he has a BM everyday. IM reports that he does drink water daily. IM was educted on diet and exercise to help with GI motility. IM was suggested to purchase stool softeners from commissary. IM also needed his botttom bunk/tier renewed. Alert has been sent to provider to review chart re: all his renewals and pain mgt. IM was informed that there is a current active order for  a provider sick call. Verbal education provided regarding POC; will con't to reiterate with each encounter. IM advised to seek medical attention if he has any concerns or if

**MacDougall Building**
Nurse Patient Encounter

*August 6, 2020*
Page 3

**DANIEL CASTRO   INMATE ID #: 00082659   66 Years Old**
**DOB: 05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -07   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

symptoms worsen; IM had a good understanding of content and will initiate.

**Complaint:** c/o abdominal pain
**Complaint:** constipation
**Complaint:** renewal of meds

**Education**
**Education:** Reviewed Medication/Treatment Plan(s) with Patient, Verbalizes understanding, Advised to return to clinic with any questions/concerns

**Electronically signed by Sengchanh Vilayvong RN on 03/09/2020 at 1:58 PM**

EXHIBIT

3

# MacDougall Building
Chronic Care

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB:  05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

**07/19/2021 - Chronic Care: Chronic Care - Follow-Up**
**Provider: Francesco Lupis MD**
**Location of Care: MacDougall Building**

<u>Overview</u>
**Problems:**
Periodontal disease (ICD-523.9) (ICD10-K05.6)
Colonoscopy (ICD-V76.51) (ICD10-Z12.11)
Hypertension (ICD-401.9) (ICD10-I10)
Laparoscopic right colectomy (ICD-V45.72) (ICD10-Z90.49)
Colon cancer, ascending (ICD-153.6) (ICD10-C18.2)
Cirrhosis, Compensated (ICD-571.5) (ICD10-K74.60)
Barrett's esophagus (ICD-530.85) (ICD10-K22.70)
Tinea corporis (ICD-110.5) (ICD10-B35.4)
Hepatitis C (ICD-070.70) (ICD10-B19.20)

**Medications:** COLACE 100 MG ORAL CAPSULE (1 tab daily)  Start: 07/19/2021  End: 01/17/2022
MIRALAX 17 GM ORAL PACKET (1 packet daily)  Start: 07/19/2021  End: 01/17/2022
OMEPRAZOLE 20 MG ORAL TABLET DELAYED RELEASE DISINTEGRATING (1 tab BID)   Start: 03/19/2021  End: 09/17/2021
VITAMIN D3 25 MCG (1000 UT) ORAL TABLET (1 tab daily)  Start: 07/13/2021  End: 01/11/2022
VERAPAMIL HCL 80 MG ORAL TABLET (1 tab TID)  Start: 07/13/2021  End: 01/11/2022
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (1 tab daily)  Start: 05/14/2021  End: 11/12/2021
ATORVASTATIN 20MG TAB (1000.00) (1 Tab QHS)  Start: 05/14/2021  End: 11/12/2021
**Allergies:**
* TRAMADOL (Mild)

**Orders:**
TB Symptom Screening [TBSS]
Dental - Preventative [DPREV]
Bottom Bunk [BottomBunk]
Bottom Tier [BottomTier]
CC - Chronic Care General Referral [CC]

**Subjective:** *Interval History with details regarding duration, frequency, relating and worsening factors, etc.:* patient states "I am having trouble with constipation. I am having difficulty going to the bathroom with a full bowel movement. it is painful. I also feel dizzy when I first get up and have to get up slowly.

# Review of Systems
GENERAL SYSTEM: Denies Fevers, Chills, Sweats.
E/N/T: Denies Earache, Ear Discharge, Tinnitus.
CARDIAC: Denies Chest Pains, Palpitations, Dyspnea on Exertion.
PULMONARY: Denies Cough, Dyspnea.
GASTROINTESTINAL: Complains of Constipation.
MUSCULOSKELETAL: Denies Back Pain, Joint Pain.

INMATE COPY

**MacDougall Building**
Chronic Care

*October 26, 2021*
Page 2

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB: 05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

## Family Medical History
**Heart Disease:** Yes

## Current Vital Signs
**Previous Height:** 65 (07/18/2019 9:39:27 AM)   **Previous Weight:** 180.9 (03/12/2021 6:19:22 PM)
**Current Weight (lbs):** 182
**BMI:** 30.40

**Sitting BP:** 116 / 74mm Hg
**Temperature:** 97.4degrees
**Pulse rate:** 70
**Respirations:** 15
**Pulse Ox%** 98

## Allergies:
* TRAMADOL (Mild)

## PHYSICAL EXAMINATION

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Integumentary
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

### Neck
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

### Gastrointestinal
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

### Musculoskeletal
Full range of motion of all four extremities without obvious weakness.

## Chronic Care Assessment & Plan
**Assessment Comments:** constipation
htn

**MacDougall Building**
Chronic Care

**DANIEL CASTRO**   **INMATE ID #: 00082659   67 Years Old**
**DOB:  05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

gerd

**Disposition:**  General Population

**Overall Plan Comments:** I spoke to him about getting up slowly and not rushing it as his blood pressure settles. I will also start Colace and miralax daily and see him in a few months. I renewed his bottom tier

**Electronically signed by Francesco Lupis MD on 07/19/2021 at 1:08 PM**

INMATE COPY

# EXHIBIT

# 4



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Daniel Castro

Inmate number: 82659

Facility/Unit: Macdougall

Housing unit: J-10

Date: 7.29.21

Submitted to: Medical To. DR. Lupis

Request: I was diagnosed with hemorrhoids and received medication, however, I was not prescribed any type of pain medication. As I write this request I am in a lot of pain and the pain is very excruciating, which I have been experiencing pain for approximately 7 months. I really need to be checked out to see what is exactly wrong with me because the pain is to intense to bear, if you can please help me, it would be greatly appreciated. Thank you.

*continue on back if necessary*

Previous action taken:

C.C: personal.

David Castro

E Medical

*continue on back if necessary*

Acted on by (print name): Rob

Title: LPN

Action taken and/or response:

- Tylenol from commissary will help. Take 2 every 4-6 hrs for 3 days with food or milk. If no relief return to prompt care

*continue on back if necessary*

Staff signature:

Date: 8.2.21

# EXHIBIT

# 5

**MacDougall Building**
Nurse Patient Encounter

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB: 05/18/1954 Race: Unspecified  Gender: Male**
**LOC: 137 J -10  Med Score: 2 Sub Score: L....  MH Score: 1 Sub Score: ....**

**08/16/2021 - Nurse Patient Encounter: Nurse Patient Encounter**
**Provider: Febe Eze RN**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 67 Years Old

**(S) Chief Complaint**
**Encountered In:** Medical Unit
**Encounter Initiated by:** Inmate Request
**Active Problems:**
Periodontal disease (ICD-523.9) (ICD10-K05.6)
Colonoscopy (ICD-V76.51) (ICD10-Z12.11)
Hypertension (ICD-401.9) (ICD10-I10)
Laparoscopic right colectomy (ICD-V45.72) (ICD10-Z90.49)
Colon cancer, ascending (ICD-153.6) (ICD10-C18.2)
Cirrhosis, Compensated (ICD-571.5) (ICD10-K74.60)
Barrett's esophagus (ICD-530.85) (ICD10-K22.70)
Tinea corporis (ICD-110.5) (ICD10-B35.4)
Hepatitis C (ICD-070.70) (ICD10-B19.20)

**Inmate Request Complaint #1:** Rectal pain
**New/Additional Complaint:** None Reported
**New/Additional Complaint:** None Reported

INMATE COPY

**Current Vital Signs**
**Previous Height:** 65 (07/18/2019 9:39:27 AM)   **Previous Weight:** 182 (07/19/2021 1:06:24 PM)
**BMI:** 30.40

  **Sitting BP:**  115 / 82mm Hg
**Temperature:** 98.1degrees
   **Temperature site:** Temporal
**Pulse rate:** 96
  **Pulse rhythm:** Regular
**Respirations:** 18
 **Respiration Type:** Regular
  **Pulse Ox%** 99
  **Room Air:** Yes

**Allergies:**
* TRAMADOL (Mild)

**Pain Assessment**
**Are you currently experiencing any pain?** Yes

**MacDougall Building** *August 25, 2021*
Nurse Patient Encounter *Page 2*

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB:** 05/18/1954 **Race:** Unspecified   **Gender: Male**
**LOC:** 137 J -10   **Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

**Location #1**
**Location of pain:** Rectum
   **Describe character of pain:** sharp
**Duration of pain:** Constant
   **What relieves pain or makes it worse?** worsened by sitting
Relieved when standing
 **Level of Pain:** 7    Very Severe Pain


**Integumentary**
Dry
Warm

**Eyes**
N/A

**ENT**
N/A
**Lung Sounds: LUL:**  Normal
**LLL:**  Normal
**RUL:**  Normal
**RLL:**  Normal
**RML:**  Normal

Respiratory Procedures

**Cardiopulmonary**
**Chest Pain:**  Denies
**Heart Sounds:** Regular
**Edema:**  No

**Gastrointestinal/Abdominal**
**Appetite:**  Good
**Weight Loss:** No
**Last BM (Date):** 08/16/2021
**Bowel Sounds:**  Present
**Tenderness:**  Yes
**Indicate:**  Other
Hemorrhoids


**Male Genitourinary**

 · **Bladder:**  Continent
**Musculoskeletal**
N/A

**Orientation:**
**Alert:** Yes
**Oriented to Person:** Yes

INMATE COPY

**MacDougall Building**
Nurse Patient Encounter

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB: 05/18/1954 Race: Unspecified  Gender: Male**
**LOC: 137 J -10  Med Score: 2 Sub Score: L....  MH Score: 1 Sub Score: ....**

**Oriented to Place:** Yes
**Oriented to Time:** Yes
**Syncope:** No
**Headache:** No

**Psychosocial**
**Maintains Eye Contact:** Yes
**Cooperative:** Yes
**Mood:** Euthymic
**Affect:** Within normal range

**Endocrine**
N/A
**Narrative Notes:**  IM seen at sick call for rectal pain. Hemorrhoidal protusion noted with Nurse Mushi and Cummings. No redness observed. IM reports 7/10 pain. IM received acetaminophen 7 tablets and advised to take 2 tablets q 4hrs. IM provider Lupis notified

## NANDA Nursing Diagnosis

**Nursing Diagnosis #1**
**Domain** Domain 12: Comfort
**Class:**  Class 1. Physical comfort
**Nurse Diagnosis:** Acute pain

**Protocol Intervention:**  Hemorrhoids
**Other Intervention:**  ACetaminophen, encouraged water intake and fiber intake. Provider notified
**Has the Diagnosis Ended?:**  No

**Complaint:** Rectal pain
**Added Medications:** : ACETAMINOPHEN 325MG TAB (1000.00) Nurse Protocol : (with instructions to take 2 tabs q 4 hrs prn/pain - not to exceed 8 tabs/24 hrs) x 3 days.

**Electronically signed by Febe Eze RN on 08/16/2021 at 9:04 PM**

# EXHIBIT

# 6



TO:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Daniel Castro

Inmate number: 82659

Facility/Unit: Macdougall

Housing unit: J-10

Date: 8.17.21

Submitted to: Deputy Warden (Doran)

Request: I have gone to medical and I have been explaining that I am in excruciating pain due to I have hemrhoids. I have seen by Dr. Lupis three (3) times, which he never checked me, he just prescribed medication for me to use the bathroom. What I need is something for the pain. The C/O called medical last night (8.16.21), which I was seen and told that my hemrhoids were external and that they were real bad and that I would be put in the computer to be seen by the doctor the next day, unfortunately, that did not happen. The unit officer called 4 times today to no avail. I am in ⟶

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): Deputy Warden Damian Doran

Title:

Action taken and/or response:

Sir,

On 5/19/2021 I confirmed that Dr. Lupis is working on short term and long term solutions to your medical concerns. Please discuss your medical concerns with Dr. Lupis.

**continue on back if necessary**

Staff signature:

Date: 01/26/2021

excruciating pain and the pain is so bad that it is affecting my daily activities. I keep putting in for sick call to no avail. I need your assistance to rectify this problem because every day it gets worst and worst. I believe that I may need to have the hemrhoids surgically removed, I really don't know. I just want the pain to go away. If you can please help me, it would be greatly appreciated.

Thank you,

Daniel Castro

# EXHIBIT

# 7

**MacDougall Building**
MD Sick Call

*August 25, 2021*
Page 1

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB: 05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

**08/18/2021 - MD Sick Call: MD Sick Call**
**Provider: Francesco Lupis MD**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 67 Years Old

**Problem List**
Periodontal disease (ICD-523.9) (ICD10-K05.6)
Colonoscopy (ICD-V76.51) (ICD10-Z12.11)
Hypertension (ICD-401.9) (ICD10-I10)
Laparoscopic right colectomy (ICD-V45.72) (ICD10-Z90.49)
Colon cancer, ascending (ICD-153.6) (ICD10-C18.2)
Cirrhosis, Compensated (ICD-571.5) (ICD10-K74.60)
Barrett's esophagus (ICD-530.85) (ICD10-K22.70)
Tinea corporis (ICD-110.5) (ICD10-B35.4)
Hepatitis C (ICD-070.70) (ICD10-B19.20)

INMATE COPY

**Medication List:** IBUPROFEN 600 MG ORAL TABLET (1 tab tid)  Start: 08/18/2021 End: 11/16/2021
ACETAMINOPHEN 325 MG ORAL TABLET (1 tab TID)  Start: 08/18/2021 End: 11/16/2021
SENNA-DOCUSATE SODIUM 8.6-50 MG ORAL TABLET (1 TAB DAILY)  Start: 08/17/2021 End: 02/15/2022
ACETAMINOPHEN 325MG TAB (1000.00) (Nurse Protocol : (with instructions to take 2 tabs q 4 hrs prn/pain - not to exceed 8 tabs/24 hrs) x 3 days)  Start: 08/16/2021 End: 08/19/2021
COLACE 100 MG ORAL CAPSULE (1 tab daily)  Start: 07/19/2021 End: 01/17/2022
MIRALAX 17 GM ORAL PACKET (1 packet daily)  Start: 07/19/2021 End: 01/17/2022
OMEPRAZOLE 20 MG ORAL TABLET DELAYED RELEASE DISINTEGRATING (1 tab BID)  Start: 07/19/2021  End: 01/17/2022
VITAMIN D3 25 MCG (1000 UT) ORAL TABLET (1 tab daily)  Start: 07/13/2021  End: 01/11/2022
LISINOPRIL-HYDROCHLOROTHIAZIDE 20-25 MG ORAL TABLET (1 tab daily)  Start: 05/14/2021 End: 11/12/2021
ATORVASTATIN 20MG TAB (1000.00) (1 Tab QHS)  Start: 05/14/2021 End: 11/12/2021
**Allergies List**
* TRAMADOL (Mild)

**Orders List**
TB Symptom Screening [TBSS]
Dental - Preventative [DPREV]
Bottom Bunk [BottomBunk]
Bottom Tier [BottomTier]
CC - Chronic Care General Referral [CC]
Provider Sick Call [MDSICKCALL]

**Chief Complaint:**  painful hemorrhoids

**Additional Subjective Complaints:**  patient states "i am unable to sit or walk. they are so painful. i can not do anything

**MacDougall Building**
MD Sick Call

*August 25, 2021*
Page 2

**DANIEL CASTRO   INMATE ID #: 00082659   67 Years Old**
**DOB: 05/18/1954 Race: Unspecified   Gender: Male**
**LOC: 137 J -10   Med Score: 2 Sub Score: L....   MH Score: 1 Sub Score: ....**

## Review of Systems
GENERAL SYSTEM: Denies Chills, Sweats.
E/N/T: Denies Earache, Ear Discharge.
CARDIAC: Denies Chest Pains, Palpitations.
GASTROINTESTINAL: Complains of Constipation, Change in Bowel Habits, Abdominal Pain.

## Current Vital Signs
**Previous Height:** 65 (07/18/2019 9:39:27 AM)   **Previous Weight:** 182 (07/19/2021 1:06:24 PM)
**Current Weight (lbs):** 179
**BMI:** 29.89

  **Sitting BP:** 131 / 77mm Hg
**Temperature:** 97.8degrees
**Pulse rate:** 95
**Respirations:** 15
  **Pulse Ox%** 98

## Allergies:
* TRAMADOL (Mild)

INMATE COPY

## Pain Assessment
**Are you currently experiencing any pain?** Yes

**Location #1**
**Location of pain:** hemorrhoids
 **Level of Pain:** 8    Very Severe Pain

## PHYSICAL EXAMINATION

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Gastrointestinal

### Rectal
**Refused Exam:** No
**External hemorrhoids:** Yes
**Guaiac:** Negative
**Internal hemorrhoids:** Yes
 - ennlarged hemorrhoids, non bleeding

## Practitioner Assessment & Plan
**Assessment Comments:** hemorrhoids

**MacDougall Building**
MD Sick Call

*August 25, 2021*
Page 3

**DANIEL CASTRO**  **INMATE ID #: 00082659**  **67 Years Old**
**DOB: 05/18/1954 Race: Unspecified  Gender: Male**
**LOC: 137 J -10  Med Score: 2 Sub Score: L....  MH Score: 1 Sub Score: ....**

**Disposition:** General Population

**Plan Comments:** started motrin and tylenol daily
request for surgical consult

**Interpretation:**
**Does the individual need an interpreter?** No

]

**Electronically signed by Francesco Lupis MD on 08/18/2021 at 10:31 AM**

# EXHIBIT

# 8

Dr. Lupis Francesco
francesco.lupis@ct.gov
860-627-2123

## Connecticut Department of Correction
Generated on 8/19/2021 8:50:23 AM

| INMATE NUMBER 00082659 | | DATE OF BIRTH 5/18/1954 |
|---|---|---|
| INMATE NAME (LAST,FIRST,INITIAL) CASTRO,DANIEL | | |
| SEX M | RACE/ETHNIC HISPANIC | FACILITY MCDGL/WLKR CI |

| Specialty General Surgery | Procedure Consult - Initial Visit | Treating Facility UCHC OPD - Does Not Require NPO Status |
|---|---|---|
| Diagnosis Hemorrhoids | | Appt Date 8/24/2021 9:00:00 AM |

**Summary for consultant:**
67 year old male with painful non bleeding hemmorrhoids. Seen and completed colonoscopy which showed mild hemorrhoids. Conservative measures failed to shrink and reduce the size and discomfort of hemoorhoid. Requesting surgical consultation for surgical solution

Allergies: (circle) NKA  Yes (List)_____    Diabetes:(circle)  Yes    No

Consultant's Brief Summary of Findings/Recommendations:

*See epii note*

INMATE COPY

Recommendations:

DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY UR.
Laboratory testing is available in the Correctional facilities

Suggested Follow-up*: Check One Only ☐ With Facility Staff    ☐ In ~____ weeks    ☐ In ~____ months
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

Signature _____    PRINT Name *Anthony Dire, MD*    Beeper or Phone _____    Date *08/24/21*

Attending Signature: _____

Consult Must Be Reviewed/Signed by Clinician Prior to Filing in Inmate Health Record:

Clinician Name/Title: _____    Date/Time _____



**University of Connecticut
Health Center
John Dempsey Hospital
UCONN Medical Group**

T00048001  5/18/1954 (67 yrs)  CSN:232896656
GENERAL SURGERY DOC* DOS: 8/24/2021

Castro, Daniel

## Authorization for Medical/Surgical Procedure

9. Qualified medical practitioners who are not physicians who will perform important parts of the surgery or administer anesthesia will be performing only tasks that are within their scope of practice, as determined under State law and regulation, and for which they have been granted privileges by the hospital.

10. At the discretion of my practitioner(s), there may be students present and /or health care industry representatives who provide technical expertise or who may program implantable devices (e.g., pacemakers).

11. The hospital will oversee the disposition of any specimen(s) or tissue removed during this procedure in an appropriate manner; this may include retaining some of my tissue for research purposes, provided that all links to my identity have been destroyed and cannot be reconstructed.

**I have had the informed consent discussion with my operating practitioner and I give my consent for this procedure. I have had the opportunity to ask questions of the operating practitioner that have been answered to my satisfaction.**

Signed by  _Daniel Castro_  Date: _8/24/21_ Time: _1109_

☐ Patient   ☐ Parent / Guardian / Conservator   ☐ Representative (specify): _____

Obtained / Acknowledged by:

_____  Date: _8/24/21_ Time: _1169_

**Signature, date, and time is required for all consents.**

**Limited English Proficiency** – to obtain consent in any UCHC location from this patient with LEP:

☐ Live qualified interpreter was used      ☐ Language Line operator /interpreter (# _____) was used

Name of Interpreter: _____

**Telephone Consent Only**

Consent via telephone requires the name of the person providing consent and their relationship to the patient and a witness other than the practitioner obtaining consent.

Obtained from: _____
Relationship to patient: _____
Obtained by (print name): _____
Obtained by (signature): _____
Witness: _____
Date: _____   Time: _____



**University of Connecticut**
**Health Center**
**John Dempsey Hospital**
**UCONN Medical Group**

TO0048001  5/18/1954 (67 yrs)  CSN:232896656
GENERAL SURGERY DOC* DOS: 8/24/2021

Castro, Daniel

## Authorization for Medical/Surgical Procedure

1. I give my permission for the procedure(s) listed below to be done on ___Daniel Castro___
   by or under the direction of _____ **(name of patient)**
                              **(name of operating practitioner)**

2. This medical/surgical procedure is called:___Lateral Internal Sphincterotomy___

   In plain language, the procedure is described as:_____

   _____

   _____

   The correct side(s) for this procedure is: ☐ left    ☐ right    ☑ left and right    ☐ not applicable

3. Expected benefits of this procedure have been explained to me by the operating practitioner
   (*additional comments optional*):
   ___Improvement in pain___

   _____

4. Expected risks and complications of this procedure have been explained to me by the operating
   practitioner (*additional comments optional*):
   ___Bleeding    infection    incontinence___

   _____

5. Alternatives to this procedure, if they exist, have been explained to me as well as the consequences of no treatment. I have been informed that there may be unforeseen problems during any procedure. I have been informed that there are no guarantees or warranties about the benefits of any procedure, or about the risks and complications that I may sustain.

6. I agree to the use of anesthesia / sedation as explained to me for this procedure. If I have an anesthesia care provider, I have been informed that such person will obtain separate anesthesia consent.

7. If there is an emergency, or if something unexpected happens during the procedure, I have been informed and accept that my physicians will take whatever emergency measures are needed to help me, including additional procedures, anesthesia, or transfusion of blood components.

8. Physicians other than the operating practitioner, including but not necessarily limited to residents, will be performing important tasks related to the surgery, in accordance with the hospital's policies and, in the case of residents, based on their skill set and under the supervision of the responsible practitioner.



HCH-127  Eff. 04/79  Rev. 9/07, 02/09, 02/10, 2/11, 4/13          Page 1 of 2  DS

Castro, Daniel (MRN T00048001) DOB: 05/18/1954 Encounter Date: 08/24/2021

# Castro, Daniel

MRN: T00048001

**Office Visit** 8/24/2021     Primary diagnosis: Anal fissure
Status: Open
UConn Health- Department of
CMHC Outpatient Services

## Progress Notes

Unsigned

Girard, Eric D, MD (Physician) • General Surgery



Last week severe pain
January - pain was always there,
Needle sticking him every time he uses the bathroom.
Tylenol/motrin
Feels like a knife and hurts after
Feels two bulges in anus
BID, but limiting because of pain
Has continence


Posterior midline anal fissure


Anal fissure -
rectiv
Stool softener
Fiber supplement
64 ounces of water
Sitz baths twice a day

If fails lateral internal sphincterotomy

## Additional Documentation

Encounter Info:  Billing Info, History, Allergies


## Orders Placed

Coronavirus SARS-CoV-2 PCR - CEPHEID
Case request operating room: FISSURECTOMY, ANAL, WITH SPHINCTEROTOMY IF INDICATED
Diet NPO midnight prior to surgery
Follow-up with primary physician (PCP) for H&P


## Medication Changes

None


## Visit Diagnoses

Printed by Cupe-Baker, Christine at 8/25/21 12:26 PM

Castro, Daniel (MRN T00048001) DOB: 05/18/1954 Encounter Date: 08/24/2021
◆ Anal fissure

Printed by Cupe-Baker, Christine at 8/25/21 12:26 PM

# EXHIBIT

# 9



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: DANIEL CASTRO

Inmate number: 82659

Facility/Unit: MACDOUGALL C. I

Housing unit: J1- 10cell

Date: 9-15-2021

Submitted to: Dr Lupus.

Request: Dear Doctor Lupus, I would like To know why is Taking so long for my Medical procedure to be done. I am continuing having that Terrible pain. That does Not go away, specially when I use The bathroom. I believe That my current Medical situation should be given so kind of priority. Please respond At soon as possible.

Thank you
Daniel Castro

**continue on back if necessary**

Previous action taken:

RECEIVED
SEP 11 2021
BY: S.M

**continue on back if necessary**

Acted on by (print name): Sofia

Title: NNSY

Action taken and/or response: Provider update. Please sign up for promptcare on Saturday to be Seen for Sunday.

**continue on back if necessary**

Staff signature: Sofia M

Date: 9/17/21

# EXHIBIT

# 10



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Daniel Castro

Inmate number: 82659

Facility/Unit: Macdougall

Housing unit: J-10

Date: 9-20-21

Submitted to: Medical (Dr Lupis)

Request: I spoke with you (verbally) on the 16th of September and I was trying to inform you that I was still experiencing extreme pain due to my hemorrhoid issue. The medication that I have been prescribed is not working because my pain is so excruciating, and I been informed that my condition may call for surgery. I would like to know if you can provide me with some type of medication that can alleviate my pain because my condition is messing with my sleep and my daily activities, please. I need for you to see me.

*continue on back if necessary*

Previous action taken:

Thank you,

Daniel Castro

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:





# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| [Y] Facility/Unit: _Macdougall C. I_ | Date: _October 7, 2021_ |
|---|---|
| Inmate Name: _Daniel Castro_ | Inmate Number: _82659_ |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
[☑] Diagnosis/ Treatment    [ ] Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

#### Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
    - a. a final response has already been provided;
    - b. there has been no change in any circumstances that would affect the response; and
    - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT. _For The last few Months I have been suffering from internal hemorhoides. I have requested Medical Treatment here at Macdougall Medical Dept. "See Requess". but The Medical Treatment That was provided To Me have failed To give Me any relief and I'm havent been able To recover. The Medical Condition it worsening. IT is Not other Medical Treatment available To Me at Macdougall C. I Medical Dept, because all The Lower lebel Medical Treatment has been already exhausted. The only resolution To have The proper Medical Treatment for This Medical condition is surgery, as IT is determine by U. Conn Doctor Anthony Dive during Hy August 24, 2021._



## Health Services Administrative Remedy- Level 1
### Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: _Daniel Castro_ | Date: _October 7, 2021_ |
|---|---|

**Deposit the completed form in the <u>Health Services Administrative Remedies box</u>**

**Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below**

| Date Received: 10/15/2021 | HSAR# 301682~2021 |
|---|---|
| Disposition: upheld in part | Date: 10/28/2021 |

**Reason:** Staff responses must be printed or typed. Language must address both the problem and requested solution

You Are Scheduled for Surgery & YouR Pre-op WAS done 10-14. AND you Knew this !! Seriously

### Health Services Administrative Remedy Decision

| ☑ This decision is not subject to further appeal | ☐ This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: _WBIS_ | Title: _MD_ |
| Signature: _tu_ | Date: 10-18-21 |

He went with me in very details about my medical condition, Medical procedure, Surgical procedure and the risks and benefits. He ordered a surgery, in which I agree to have, and I signed.

The only remedy to resolve this issue is that you sent to have the surgery at soon as possible, sometime this month. It is not other resolution

EXHIBIT

12



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Daniel Castro

Inmate number: 82659

Facility/Unit: Macdougall

Housing unit: J-10

Date: 10-31-21

Submitted to: Medical

Request: My medical condition is causing me extreme pain. I was suppose to go for surgery last week, however, my surgery was rescheduled. My medical condition is getting worse and the medication is not working for the pain. It is to the point where it is affecting my daily activities and everytime I use the bathroom I notice that I am bleeding a lot. My condition is very painful. I do not have any supplies to properly take care of the bleeding, and I would like to know if I can receive some supplies for the bleeding?

*continue on back if necessary*

Previous action taken: I also would like to know why my surgery has been delayed?

Thank you,

C.C. personal    RECEIVED

Daniel Castro

medical

*continue on back if necessary*

Acted on by (print name): Lewis

Title: MD

Action taken and/or response:

Mr Castro-
your surgery needed to be rescheduled and you are going to surgery to fix the problem

11-15-21

*continue on back if necessary*

Staff signature:

Date:

# EXHIBIT

# 13



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Daniel Castro

Inmate number: 82659

Facility/Unit: Macdougall

Housing unit: J-10

Date: 11.3.21

Submitted to: Medical (Attn: Christine)

Request: I have been diagnosed with internal hemorrhoids and I have been informed that I need surgery to have them removed. On 8.24.21, I went to UCONN and there I signed forms to receive surgery, however, 10.24.21 my surgery was rescheduled, therefore, postponing my surgery. I am experiencing excruciating pain and it is to the point where the hemorrhoids are bleeding and affecting my daily activities. My condition is really starting to affect my sleep. Can you please tell me why my surgery was rescheduled and if I am going to receive

*continue on back if necessary*

Previous action taken: surgery anytime soon because I am in so much pain. If you can please help me, it would be greatly appreciated.

Thank you,

NOV 05 2021
medical    Daniel Castro

*continue on back if necessary*

Acted on by (print name): Christine Cye Brady

Title: ~

Action taken and/or response:

Hello Mr. Castro you do have an upcoming Date for Surgery you should be called down for Pre-op Items to be done before your very soon Date.

*continue on back if necessary*

Staff signature: 

Date: 11/8/21

# EXHIBIT

# 14



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: | Daniel Castro | Inmate number: | 82659 |

| Facility/Unit: | M.C.J | Housing unit: | J-1-10 | Date: | 11-11-21 |

Submitted to: Dr. Lupis — Medical

Request:

Hello Sir, I am writing you today because I have alot of pain. The medication you are prescribing me is causing other pains. ( Ibuprofen 600 mg )
Sir, as you should know I had Cirrhosis of the liver. The Ibuprofen are giving me Abdominal pain. Plus I think it is hurting me.
I would ask you to order Something other for me, and also keep giving me the (Acetaminophen 325 mg) they help, but I am out of them, please order more.          Thank you)

**continue on back if necessary**

Previous action taken:

*Daniell Castro*

**continue on back if necessary**

Acted on by (print name):          Title:

Action taken and/or response:          LUPIS

NOV 14 2021
MD medical

Mr Castro.
Surgery is scheduld from previos
consultatin, and I will re-order
Tylenol          thk you

ttw

11-16-21

**continue on back if necessary**

| Staff signature: | | Date: |

Dr. Lupis Francesco
francesco.lupis@ct.gov
860-627-2123

## Connecticut Department of Correction
Generated on 11/17/2021 6:09:59 AM

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 00082659 | 5/18/1954 |
| INMATE NAME (LAST,FIRST,INITIAL) | |
| CASTRO,DANIEL | |
| SEX | RACE/ETHNIC | FACILITY |
| M | HISPANIC | MCDGL/WLKR CI |

| Specialty | Procedure | Treating Facility |
|---|---|---|
| General Surgery | Surgical Procedure - Other | UCHC Same Day Surgery - Requires NPO Status |
| Diagnosis | | Appt Date |
| Hemorhoids | | 11/19/2021 8:00:00 AM |

**Summary for consultant:**
67 year old male with painful non bleeding hemmorrhoids. Seen and completed colonoscopy which showed mild hemorrhoids. Conservative measures failed to shrink and reduce the size and discomfort of hemoorhoid. Patient seen by GS (colorectal) plan is to proceed with lateral internal sphincterectomy

Allergies: (circle) NKA  Yes (List)_____  Diabetes:(circle)  Yes    No

Consultant's Brief Summary of Findings/Recommendations:



**Recommendations:**

| DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY UR. Laboratory testing is available in the Correctional facilities |
|---|

Suggested Follow-up*: Check One Only  ☐ With Facility Staff    ☐ In ~____ weeks    ☐ In ~____ months
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

Signature_____  PRINT Name_____  Beeper or Phone_____  Date 11/19/21

Attending Signature: _____

Consult Must Be Reviewed/Signed by Clinician Prior to Filing In Inmate Health Record:

Clinician Name/Title: _____    Date/Time _____

Castro, Daniel (MRN T00048001) Encounter Date: 11/12/2021

# Castro, Daniel

MRN: T00048001

 **Girard, Eric D, MD**     Op Note   ⚠ 🔳   Date of Service: 11/19/2021  7:55 AM
Physician          Signed
Surgery

| Case Time: | Procedures: | Surgeons: |
| --- | --- | --- |
| 11/19/2021 7:55 AM | SPHINCTEROTOMY, ANAL | Girard, Eric D, MD |

Signed
**SPHINCTEROTOMY, ANAL Procedure Note**

Procedure:  SPHINCTEROTOMY, ANAL
CPT(R) Code:  46080 - PR ANAL SPHINCTEROTOMY

**Indications:**
Daniel Castro is a 67-year-old gentleman with a history of chronic anal pain beginning in January of last year who presented to the DOC clinic with a posterior midline anal fissure.  He failed conservative measures and we discussed performing Botox versus a lateral internal sphincterotomy and he wished for the definitive procedure of the lateral internal sphincterotomy after hearing the risk benefits and alternatives including bleeding, infection, incontinence, and fistula.

Pre-op Diagnosis
  * Anal fissure [K60.2]

Post-op Diagnosis
  * Anal fissure [K60.2]

Surgeon(s):
Girard, Eric D, MD

**Anesthesia:** General

**Staff:**
Circulator: Fernandez, Marissa, RN; James, Roma, RN
Scrub Person: Mendes, Wesley

**Procedure Details**
.Daniel Castro was brought into the OR and placed supine on the operating room table.  He underwent general LMA anesthesia, and was placed in lithotomy.  He was then prepped and draped in a sterile fashion.  A WHO universal timeout was performed.  A perianal block with 0.25% Marcaine with epinephrine was given and 20ml used.

A lighted Sawyer retractor was inserted into the anal canal and a posterior midline exposed fissure with appearance of chronicity was noted.  Using an 11 blade we made a left lateral vertical incision in the intersphincteric groove.  The blade was turned 90 degrees towards the internal sphincter and the internal sphincter was cut to the level of the top of the fissure, which was subsequently the dentate line.  Hemostasis was obtained with cautery.  The overlying defect was closed with a running 3-0 chromic locking suture.

The posterior midline anal fissure was superficially sharply debrided and extra granulation tissue removed with cautery.

Daniel Castro was taken out of lithotomy and sent to PACU in stable condition.
All counts were correct and I was present and scrubbed for the entirety of the case.

Castro, Daniel (MRN T00048001) Printed by Cupe-Baker, Christine [9653] at 11/19/21 12:42 PM